**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   GLENN P. HILL,                              No. C-06-4740 MMC

12              Plaintiff,                       **ORDER NOTIFYING COUNSEL OF**
                                                 **FAILURE TO REGISTER AS ECF USER**
13      v.

14   THE SCOOTER STORE, et al,

15              Defendants
     _____/
16

17          A review of the file indicates that the following attorneys,

18                              Walter L. Haines
                                Thomas K. Emmitt
19                       United Employees Law Group, P.C.
                              65 Pine Avenue, Suite 312
20                            Long Beach CA  90802

21   have failed to register for electronic service in this e-filing case.  In an e-filing case, the

22   Clerk does not serve counsel by mail with orders e-filed by the Court.  <u>See</u> General Order

23   45(IX)(D).  If counsel wish to be served with documents filed by the Court, counsel must

24   register pursuant to Civil Local Rule 5-4 and General Order 45.  Forms and instructions

25   concerning registration can be found on the district court's web site, ecf.cand.uscourts.gov.

26          **IT IS SO ORDERED.**

27

28   Dated: August 22, 2006

                                                 MAXINE M. CHESNEY
                                                 United States District Judge

Dockets.Justia.com