1  WILLIAM FRANKLIN BIRCHFIELD (NO. 196434)
   Email: fbirchfield@hoardrice.com
2  HOWARD RICE NEMEROVSKI CANADY FALK &
   RABKIN
3  A PROFESSIONAL CORPORATION
   Three Embarcadero Center, 7th Floor
4  San Francisco, California 94111-4024
   Telephone:   415/434-1600
5  Facsimile:   415/217-5910

6  Attorneys for Defendants
   THE SCOOTER STORE – SAN FRANCISCO, L.L.C.
7  and ROLAND MARTINI

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11 | GLENN P. HILL an individual | No. C 064740-MMC |
12 |            Plaintiff, | |
13 | vs. | STIPULATION AND AGREED ORDER |
14 | THE SCOOTER STORE, a business entity | OF DISMISSAL OF MARTINI |
   | of unknown form; ROLAND MARTINI, an | |
15 | individual; and DOES 1 through 25, | |
   | inclusive | |
16 | | |
17 |            Defendants. | |

18      Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendant ROLAND MARTINI hereby

19  stipulate and agree that this matter may be dismissed as to Defendant ROLAND MARTINI

20  with prejudice to refiling, costs to be borne by the party incurring same.

21

22

23

24

25

26

27

28

STIPULATION AND AGREED ORDER OF DISMISSAL

1    STIPULATED AND AGREED:

2    UNITED EMPLOYEES LAW GROUP, P.C.

3

By: _____

4       THOMAS K. EMMITT

5    Attorneys for Plaintiff
      Glenn P. Hill

6

7    HOWARD RICE NEMEROVSKI CANADY
      FALK & RABKIN
8    A Professional Corporation

9

By: _____

10       FRANKLIN BIRCHFIELD

11    BRACEWELL & GIULIANI LLP
12    J. Tullos Wells
      Leslie Selig Byrd
13

14    Attorneys for Defendant
      The SCOOTER Store – San Francisco, L.L.C. and Roland Martini

15    SO ORDERED this __29__ day of __August_____, 2006.

16

17

18    _____
      THE HONORABLE MAXINE M. CHESNEY
      UNITED STATES DISTRICT JUDGE
19

20    750965.1

21

22

23

24

25

26

27

28

-2-

STIPULATION AND AGREED ORDER OF DISMISSAL