1  WILLIAM FRANKLIN BIRCHFIELD (NO. 196434)
   Email: fbirchfield@hoardrice.com
2  HOWARD RICE NEMEROVSKI CANADY FALK &
   RABKIN
3  A PROFESSIONAL CORPORATION
   Three Embarcadero Center, 7th Floor
4  San Francisco, California 94111-4024
   Telephone:    415/434-1600
5  Facsimile:    415/217-5910

6  LESLIE SELIG BYRD (18008125)
   Email: leslie.byrd@bracewellgiuliani.com
7  BRACEWELL & GIULIANI LLP
   One Alamo Center
8  106 S. St. Mary's Street
   San Antonio, Texas 78205
9  Telephone:    210/226-1166
   Facsimile:    210/226-1133
10 Attorneys for Defendants
   THE SCOOTER STORE and ROLAND MARTINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLENN P. HILL an individual<br><br>Plaintiff,<br><br>vs.<br><br>THE SCOOTER STORE, a business entity of unknown form; ROLAND MARTINI, an individual; and DOES 1 through 25, inclusive<br><br>Defendants. | No. C 064740-MMC<br><br>STIPULATION AND AGREED ORDER OF DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendant THE SCOOTER STORE hereby stipulate and agree that this matter shall be dismissed with prejudice to refiling, costs to be borne by the party incurring same.

-1-
STIPULATION AND AGREED ORDER OF DISMISSAL

1  STIPULATED AND AGREED:

2  UNITED EMPLOYEES LAW GROUP, P.C.

3  By: _____
4      THOMAS K. EMMITT

5  Attorneys for Plaintiff
   Glenn P. Hill
6

7  HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
8  A Professional Corporation
   Franklin Birchfield
9

10 BRACEWELL & GIULIANI LLP

11 By: _____
12     Leslie Selig Byrd
       J. Tullos Wells
13
   Attorneys for Defendant
14 The SCOOTER Store and Roland Martini

15
   **IT IS SO ORDERED.**
16 Dated: _____NOV 2 2 2006_____, 2006
17
18                          _____
                            Maxine M. Chesney
19                          United States District Judge

20
21 753815.1

-2-

STIPULATION AND AGREED ORDER OF DISMISSAL